STEVEN T. GUBNER – Bar No. 156593
RICHARD BURSTEIN – Bar No. 56661
REED BERNET – Bar No. 288240
BRUTZKUS GUBNER ROZANSKY SEROR WEBER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA  91367
Telephone:  818.827.9000
Facsimile:  818.827.9099
Email:      sgubner@brutzkusgubner.com
            rburstein@ brutzkusgubner.com
            rbernet@ brutzkusgubner.com

Attorneys for Plaintiff David Seror, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:12-bk-20324-MT |
| GARY LEE HEWITT, | Chapter 7 |
| Debtor. | Adv. No. |
| | **COMPLAINT TO AVOID AND RECOVER FRAUDULENT TRANSFERS** |
| DAVID SEROR, CHAPTER 7 TRUSTEE, | |
| Plaintiff, | **[11 U.S.C. §§ 544, 548, 550 and California Civil Code § 3439, *et seq.*]** |
| v. | |
| JULIA HEWITT, an individual, | **Status Conference:** |
| Defendant. | **Date:** To be set. |
| | **Time:** To be set. |
| | **Place:** Courtroom 302 |
| | United States Bankruptcy Court |
| | 21041 Burbank Boulevard |
| | Woodland Hills, CA 91367 |

Plaintiff, David Seror, the duly appointed and acting Chapter 7 Trustee ("Plaintiff" or "Trustee"), on behalf of the bankruptcy estate ("Estate") of debtor Gary Lee Hewitt, an individual ("Debtor"), complaining of Julia Hewitt, an individual ("Defendant"), alleges as follows:

1.      This is an action to recover for the benefit of the estate approximately $725,919.81 in transfers the ("Transfers") made by Debtor to his wife, Julia Hewitt, over the course of almost four

1

1423093

years, commencing at or before the time Debtor became aware that he was under investigation by

the Federal Trade Commission for deceptive business practices.

2.    The Trustee is informed and believes, and based thereon alleges, between January 11,

2008 and September 18, 2012, Defendant received approximately $725,919.81 into a bank account

in her name at City National Bank ("Defendant's CNB Account") ("Transfers").  The Transfers were

made from another City National Bank account in Debtor's name ("Debtor's CNB Account").

3.    A list of the Transfers that occurred within seven years prior to the petition date, of

which the Trustee is currently aware, is attached hereto as **Exhibit A**.

4.    A list of the Transfers that occurred within four years prior to the petition date, of

which the Trustee is currently aware, is attached hereto as **Exhibit B**.

5.    A list of the Transfers that occurred within two years prior to the petition date, of

which the Trustee is currently aware, is attached hereto as **Exhibit C**.

6.    The Trustee is informed and believes, and based thereon alleges, that Debtor did not

receive any consideration for the Transfers.

## **STATEMENT OF JURISDICTION AND PROCEEDINGS**

7.    On or about November 27, 2012, ("Petition Date") Debtor filed a voluntary petition

under Title 11, Chapter 11 of the United States Code ("Bankruptcy Code").

8.    On or about July 23, 2013, the Court declined to confirm Debtor's Plan for

Reorganization and ordered the case converted to one under Chapter 7.

9.    On or about August 5, 2013, Trustee was appointed as the chapter 7 trustee. The

Trustee has standing to bring this adversary proceeding on behalf of the Estate pursuant to 11 U.S.C.

§ 323.

10.    The Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157(b)(1)

and 1334(a) and General Order No. 13-05 of the United States District Court for the Central District

of California. This is a core proceeding under 28 U.S.C. § 157(b)(1) and (2)(H).  The Trustee

consents to final judgment by the Bankruptcy Court.

1423093

11.     Venue properly lies in this judicial district pursuant to 28 U.S.C. § 1409(a), in that the instant proceeding is related to Debtor's case under Chapter 7 of the Bankruptcy Code, which case is still pending.

12.     The Trustee is informed and believes, and based thereon alleges, that defendant Julia Hewitt is an individual who, at all times herein mentioned, conducted business in, and/or resides in, the Central District of California.

13.     The Trustee is informed and believes, and based thereon alleges, that debtor Gary Hewitt is an individual who, at all times herein mentioned, conducted business in, and/or resides in, the Central District of California.

## EVENTS LEADING TO THE TRANSFERS

14.     On or about June 30, 2009, the Federal Trade Commission ("FTC") sued Debtor and others for violations of Section 5(a) of the FTC Act in the United States District Court for the Central District of California, styled *Federal Trade Commission v. John Beck Amazing Profits, LLC, et al.*, Case No. CV-09-4719-JHN (CWx) ("Enforcement Action").

15.     On or about August 21, 2012, the District Court entered the Final Judgment for Permanent Injunction and Other Equitable Relief Against John Beck Amazing Profits, LLC, John Alexander, LLC, Jeff Paul, LLC d/b/a Shortcuts to Millions, LLC, Mentoring of America, LLC, Family Products, LLC, John Beck, Douglas Gravink, Gary Hewitt, Jeff Paul, and John Alexander (Enf. Action, Dist. Ct. ECF No. 643). The Final Judgment includes a judgment in favor of the FTC and against Debtor in the amount of $478,919,765, which this Court ultimately determined to be nondischargeable under 11 U.S.C. §523(a)(2)(A).

16.     Based on information from the FTC, the Trustee is informed and believes, and based thereon alleges, that Debtor knew the FTC was likely to bring suit prior to June 30, 2009 because Debtor had been named as a defendant in another FTC case with similar allegations in 2005, in connection with an infomercial for Ab Energizer.

17.     Based on information from the FTC, the Trustee is informed and believes, and based thereon alleges, that on or about March 3, 2008, The FTC issued Civil Investigation Demands to John Beck Amazing Profits, LLC, John Alexander, LLC, Shortcuts to Millions, LLC, and Mentoring

of America, LLC, asking for information and documents related to the wealth creation strategies that would later be alleged in the FTC Enforcement Action.

18.    At all times relevant to this complaint, Debtor and Douglas Gravink, another individual, were the only members of Family Products, LLC, which in turn was the sole member of John Beck Amazing Profits, LLC.

19.    Debtor was aware that the FTC was investigating John Beck Amazing Products, LLC, on or before March 3, 2008.

20.    In addition to the Transfers, in an attempt to prevent the FTC from collecting on its judgment obtained in the Enforcement Action, Debtor has engaged in a pattern and practice of transferring assets to close family members, including his children and his businesses.

**DEFENDANT RECEIVED TRANSFERS FROM DEBTOR**

21.    The Trustee is informed and believes, and based thereon alleges, that Defendant received transfers from Debtor as listed in the attached **Exhibit A** ("Transfers").

22.    The Trustee is informed and believes, and based thereon alleges, that Defendant received transfers from Debtor up to four years prior to the Petition date as listed in the attached **Exhibit B** ("Four-Year Transfers").

23.    The Trustee is informed and believes, and based thereon alleges, that Defendant received transfers from Debtor up to two years prior to the Petition Date as listed in the attached **Exhibit C** ("Two-Year Transfers").

24.    The first transfer listed in Exhibit A occurred on or about January 11, 2008 and the last Transfer occurred on or about September 18, 2012, just two months prior to the Petition Date.

25.    The Transfers were made from a bank account at City National Bank in Debtor's name, numbered 1320.

26.    The Transfers were made into a bank account at City National Bank in Defendant's name, number 2407.

27.    The Trustee is informed and believes, and based thereon alleges, that Defendant's assets in Defendant's CNB Account 2407 are Defendant's separate property.

1423093

28.     In total, the Trustee is aware of $725,919.81 in transfers between January 11, 2008 and September 18, 2012 between Debtor's CNB Account and Defendant's CNB Account.

**DEBTOR ACTIVELY CONCEALED FRAUDULENT TRANSFERS FROM THE TRUSTEE**

29.     During the Trustee's investigation of the Debtor's assets, liabilities, and business affairs, Debtor never disclosed the Transfers to the Trustee and in fact affirmatively denied the existence of the Transfers, both in his schedules and in testimony given to the Trustee on multiple occasions.

30.     Debtor's Schedule B, filed on November 27, 2012, identified the following accounts: $500.00 in "Checking Account – City National Bank", $99,000 in a "Profit Sharing Account – City National Bank (exempt to the fullest extent allowable as a matter of law)", $8,934.37 in "IRA Equivest - Julia Ann Hewitt - Started 3/25/1992 (exempt to the fullest extent allowable as a matter of law)", $30.888.52 in "IRA Stiffel Nicolaus – Julia Ann Hewitt (exempt to the fullest extent allowable as a matter of law)".  Debtor's schedules and Statement of Financial Affairs do not list any other property held in Defendant's name.

31.     In his Statement of Financial Affairs, filed November 27, 2012, Debtor testified under penalty of perjury that within one year preceding the commencement of his bankruptcy case, Debtor made no gifts, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.

32.     At Debtor's 341(a) meeting held on November 8, 2013, Debtor testified under penalty of perjury that his wife, the Defendant, does not own property separate from him.

33.     At Debtor's 341(a) meeting held on November 8, 2013, in response to the question "Other than as you've testified in your 2004, have you sold, transferred or given away property of any kind in the last four years?" Debtor testified "No."

34.     The Transfers were not disclosed in Debtor's 2004 examination, held on October 18 and 31, 2013.

35.     Because of Debtor's misrepresentations, the Trustee did not and was not able to discover the existence of the Transfers until approximately June 15, 2015.

1423093

**FIRST CLAIM FOR RELIEF**

**AVOIDANCE OF FRAUDULENT TRANSFER**

**AGAINST DEFENDANT (ACTUAL INTENT)**

**[11 U.S.C. §§ 544 and 548 and California Civil Code §§ 3439.04(a)(1) and 3439.07]**

36.     The Trustee repeats and realleges the allegations in above paragraphs 1 through 35, inclusive, as though fully set forth herein.

37.     The Trustee is informed and believes and thereon alleges that during the seven-year period immediately preceding the Petition Date, Debtor made transfers of the property listed in Exhibit A to Defendant on the dates and in the amounts set forth therein with the actual intent to delay, hinder or defraud Debtor's creditors.

38.     The Trustee is informed and believes and thereon alleges that during the two-year period immediately preceding the Petition Date, Debtor made transfers of the property listed in Exhibit C to Defendant on the dates and in the amounts set forth therein with the actual intent to delay, hinder or defraud Debtor's creditors.

39.     By reason of the foregoing, the Transfers are avoidable pursuant to 11 U.S.C. § 544, California Civil Code § 3439.04(a)(1) and 3439.07.

**SECOND CLAIM FOR RELIEF**

**AVOIDANCE OF FRAUDULENT TRANSFERS**

**AGAINST DEFENDANT (CONSTRUCTIVE FRAUD)**

**[11 U.S.C. §§ 544 and 548 and California Civil Code §§ 3439.04(a)(2) or and 3439.07]**

40.     The Trustee realleges each and every allegation contained in paragraphs 1 through 39 of this Complaint and by this reference incorporates said allegations as though set forth fully herein.

41.     The Trustee is informed and believes and thereon alleges that during the four-year period immediately preceding the Petition Date Debtor made the transfers listed in Exhibit B to Defendant.  Each of the Transfers made during the four-year period immediately preceding the Petition Date was made without Debtor receiving a reasonably equivalent value in exchange for such transfer and: (i) at a time when Debtor was insolvent or as a result of which Debtor became insolvent; or (ii) at a time that Debtor was engaged in a business or a transaction, or was about to

1423093

1  engage in a business or a transaction, for which any property remaining with Debtor was an

2  unreasonably small capital; or (iii) at a time when Debtor intended to incur, or believed or should

3  reasonably have believed that Debtor would incur, debts that would be beyond Debtor's ability to

4  pay as such debts matured.

5       42.    The Trustee is informed and believes and thereon alleges that during the two-year

6  period immediately preceding the Petition Date Debtor made the transfers listed in Exhibit C to

7  Defendant.  Each of the Transfers made during the two-year period immediately preceding the

8  Petition Date was made without Debtor receiving a reasonably equivalent value in exchange for such

9  transfer and: (i) at a time when Debtor was insolvent or as a result of which Debtor became

10  insolvent; or (ii) at a time that Debtor was engaged in a business or a transaction, or was about to

11  engage in a business or a transaction, for which any property remaining with Debtor was an

12  unreasonably small capital; or (iii) at a time when Debtor intended to incur, or believed or should

13  reasonably have believed that Debtor would incur, debts that would be beyond Debtor's ability to

14  pay as such debts matured.

15       43.    By virtue of the foregoing, the Transfers made during the four-year period

16  immediately preceding the Petition Date constituted fraudulent transfers pursuant to 11 U.S.C. §§

17  544 and 548 and California Civil Code §§ 3439.04(a)(2) and 3439.07.

18  **<u>THIRD CLAIM FOR RELIEF</u>**

19  **RECOVERY OF AVOIDED TRANSFERS AGAINST DEFENDANT**

20  **[11 U.S.C. § 550 and California Civil Code § 3439.07]**

21       44.    The Trustee realleges each and every allegation contained in paragraphs 1 through 43

22  of this Complaint and by this reference, incorporates said allegations as though set forth fully herein.

23       45.    By reason of the foregoing, the Trustee is entitled to recover for the benefit of the

24  Estate the Transfers from Defendant pursuant to 11 U.S.C. § 550 and Civil Code § 3439.07.

25       **WHEREFORE**, The Trustee respectfully prays for judgment against Defendant as follows:

26       1.    On the first claim for relief, that the Transfers be avoided and recovered for the

27  benefit of the Estate;

28

1423093

2.     On the second claim for relief, that the Transfers made during the four-year period immediately preceding the Petition Date be avoided and recovered for the benefit of the Estate;

3.     On the third claim for relief, for relief as follows: to recover the value of the Transfers from Defendant, for the benefit of the Estate, in the amount of $725,919.81, plus interest at the maximum legal rate from the date of the Transfers, or such other amount as shall be shown by proof at trial;

4.     On all claims for relief, that the Trustee be awarded costs incurred in connection with this action; and

5.     For such other and further relief as this Court deems just and proper.

DATED:    January 12, 2016              Respectfully submitted,

                                        **BRUTZKUS GUBNER ROZANSKY SEROR WEBER LLP**


                                        By: /s/ Reed Bernet
                                             STEVEN T. GUBNER
                                             RICHARD BURSTEIN
                                             REED BERNET
                                             Attorneys for Plaintiff David Seror,
                                             Chapter 7 Trustee

1423093

# Exhibit A                Seven-Year Transfers

| Account | Date | Type | Payee | Amount |
|---|---|---|---|---|
| CNB 1320 | 1/11/2008 | x2 | Julia Hewitt | $8,500.00 |
| CNB 1320 | 7/17/2008 | X85 | Julia Hewitt | $8,500.00 |
| CNB 1320 | 9/5/2008 | x95 | Julia Hewitt | $8,500.00 |
| CNB 1320 | 10/10/2008 | x9 | Julia Hewitt | $8,500.00 |
| CNB 1320 | 10/24/2008 | x2 | Julia Hewitt | $8,500.00 |
| CNB 1320 | 12/12/2008 | x3 | Julia Hewitt | $8,500.00 |
| CNB 1320 | 12/31/2008 | x6 | Julia Hewitt | $8,500.00 |
| CNB 1320 | 4/10/2009 | x56 | Julia Hewitt | $7,500.00 |
| CNB 1320 | 4/17/2009 | x62 | Julia Hewitt | $8,500.00 |
| CNB 1320 | 4/30/2009 | x68 | Julia Hewitt | $8,500.00 |
| CNB 1320 | 4/30/2009 | x69 | Julia Hewitt | $1,500.00 |
| CNB 1320 | 5/15/2009 | X73 | Julia Hewitt | $8,500.00 |
| CNB 1320 | 5/22/2009 | X77 | Julia Hewitt | $8,500.00 |
| CNB 1320 | 6/12/2009 | X86 | Julia Hewitt | $8,500.00 |
| CNB 1320 | 6/19/2009 | X90 | Julia Hewitt | $8,500.00 |
| CNB 1320 | 6/26/2009 | X94 | Julia Hewitt | $8,500.00 |
| CNB 1320 | 7/3/2009 | x03 | Julia Hewitt | $8,500.00 |
| CNB 1320 | 7/10/2009 | x00 | Julia Hewitt | $8,500.00 |
| CNB 1320 | 7/17/2009 | x13 | Julia Hewitt | $8,500.00 |
| CNB 1320 | 7/24/2009 | x17 | Julia Hewitt | $13,500.00 |
| CNB 1320 | 7/31/2009 | x20 | Julia Hewitt | $13,500.00 |
| CNB 1320 | 8/10/2009 | x22 | Julia Hewitt | $13,500.00 |
| CNB 1320 | 8/14/2009 | x29 | Julia Hewitt | $11,000.00 |
| CNB 1320 | 8/21/2009 | x30 | Julia Hewitt | $11,000.00 |
| CNB 1320 | 8/28/2009 | x35 | Julia Hewitt | $11,000.00 |
| CNB 1320 | 9/11/2009 | x45 | Julia Hewitt | $11,000.00 |
| CNB 1320 | 9/18/2009 | x49 | Julia Hewitt | $11,000.00 |
| CNB 1320 | 9/21/2009 | EFT | Julia Hewitt Account 2407 | $150,000.00 |
| CNB 1320 | 12/17/2009 | x013 | Julia Hewitt | $4,000.00 |
| CNB 1320 | 7/1/2010 | EFT | Julia Hewitt Account 2407 | $30,000.00 |
| CNB 1320 | 9/23/2010 | 1043 | Julia Hewitt | $1,804.36 |
| CNB 1320 | 10/7/2010 | 1045 | Julia Hewitt | $1,804.36 |
| CNB 1320 | 10/14/2010 | 1049 | Julia Hewitt | $1,804.36 |
| CNB 1320 | 10/18/2010 | EFT | Julia Hewitt Account 2407 | $11,000.00 |
| CNB 1320 | 10/21/2010 | 1053 | Julia Hewitt | $1,804.36 |
| CNB 1320 | 10/28/2010 | 1054 | Julia Hewitt | $1,804.36 |
| CNB 1320 | 11/4/2010 | 1056 | Julia Hewitt | $1,804.36 |
| CNB 1320 | 11/12/2010 | 1059 | Julia Hewitt | $1,804.36 |
| CNB 1320 | 11/18/2010 | 1060 | Julia Hewitt | $1,804.36 |
| CNB 1320 | 11/23/2010 | EFT | Julia Hewitt Account 2407 | $18,000.00 |
| CNB 1320 | 11/24/2010 | 1061 | Julia Hewitt | $1,804.36 |
| CNB 1320 | 12/2/2010 | 1063 | Julia Hewitt | $1,804.36 |
| CNB 1320 | 12/9/2010 | 1067 | Julia Hewitt | $2,759.16 |
| CNB 1320 | 12/17/2010 | 1068 | Julia Hewitt | $2,759.79 |

| CNB 1320 | 12/23/2010 | 1069 | Julia Hewitt | $2,759.11 |
|----------|-----------|------|--------------|-----------|
| CNB 1320 | 12/30/2010 | 1071 | Julia Hewitt | $2,904.51 |
| CNB 1320 | 1/6/2011 | 1072 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 1/13/2011 | 1073 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 1/20/2011 | 1076 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 1/28/2011 | 1077 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 2/3/2011 | 1079 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 2/10/2011 | 1080 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 2/24/2011 | 1082 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 2/24/2011 | 1082 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 3/3/2011 | 1084 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 3/10/2011 | 1086 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 3/17/2011 | 1088 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 3/24/2011 | 1090 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 3/31/2011 | 1092 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 4/7/2011 | 1094 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 4/14/2011 | 1097 | Julia Hewitt | $2,526.34 |
| CNB 1320 | 4/21/2011 | 1100 | Julia Hewitt | $2,526.34 |
| CNB 1320 | 4/28/2011 | 1101 | Julia Hewitt | $2,526.34 |
| CNB 1320 | 6/2/2011 | 1121 | Julia Hewitt | $2,526.34 |
| CNB 1320 | 6/9/2011 | 1123 | Julia Hewitt | $2,526.34 |
| CNB 1320 | 6/15/2011 | 1124 | Julia Hewitt | $2,526.36 |
| CNB 1320 | 6/23/2011 | 1124 | Julia Hewitt | $2,526.36 |
| CNB 1320 | 7/1/2011 | 1128 | Julia Hewitt | $2,526.36 |
| CNB 1320 | 7/7/2011 | 1129 | Julia Hewitt | $2,526.36 |
| CNB 1320 | 7/13/2011 | 1130 | Julia Hewitt | $2,526.36 |
| CNB 1320 | 7/21/2011 | 1131 | Julia Hewitt | $2,526.36 |
| CNB 1320 | 7/28/2011 | 1132 | Julia Hewitt | $2,526.36 |
| CNB 1320 | 8/4/2011 | 1134 | Julia Hewitt | $2,526.36 |
| CNB 1320 | 8/11/2011 | 1136 | Julia Hewitt | $2,526.36 |
| CNB 1320 | 8/18/2011 | 1138 | Julia Hewitt | $2,526.36 |
| CNB 1320 | 8/25/2011 | 1140 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 9/1/2011 | 1142 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 9/9/2011 | 1143 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 9/15/2011 | 1148 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 9/22/2011 | 1149 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 9/30/2011 | 1150 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 10/7/2011 | 1052 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 10/13/2011 | 1153 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 10/20/2011 | 1156 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 10/27/2011 | 1159 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 11/3/2011 | 1160 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 11/10/2011 | 1165 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 11/17/2011 | 1166 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 11/23/2011 | 1168 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 12/1/2011 | 1170 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 12/9/2011 | 1171 | Julia Hewitt | $2,626.36 |

| | | | | |
|---|---|---|---|---|
| CNB 1320 | 12/15/2011 | 1172 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 12/20/2011 | 1176 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 12/29/2011 | 1177 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 1/5/2012 | 1178 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 1/12/2012 | 1180 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 1/19/2012 | 1182 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 1/26/2012 | 1183 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 2/2/2012 | 1188 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 2/9/2012 | 1181 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 2/16/2012 | 1185 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 2/23/2012 | 1186 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 3/1/2012 | 1187 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 3/5/2012 | 1189 | Julia Hewitt | $10,000.00 |
| CNB 1320 | 3/7/2012 | 1190 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 3/8/2012 | 1193 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 3/22/2012 | 1194 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 3/29/2012 | 1196 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 4/5/2012 | 1197 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 4/9/2012 | 1201 | Julia Hewitt | $1,200.00 |
| CNB 1320 | 4/12/2012 | 1198 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 4/19/2012 | 1199 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 4/26/2012 | 1203 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 5/3/2012 | 1204 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 5/10/2012 | 1207 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 5/17/2012 | 1208 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 5/24/2012 | 1210 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 5/31/2012 | 1211 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 6/7/2012 | 1212 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 6/14/2012 | 1214 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 6/21/2012 | 1215 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 6/28/2012 | 1216 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 7/6/2012 | 1217 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 7/12/2012 | 1218 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 7/19/2012 | 1220 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 7/26/2012 | 1221 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 8/1/2012 | 1222 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 8/7/2012 | 1225 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 8/15/2012 | 1228 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 8/22/2012 | 1229 | Julia Hewitt | $5,252.72 |
| CNB 1320 | 8/27/2012 | 1231 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 8/30/2012 | 1232 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 9/11/2012 | 1233 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 9/18/2012 | 1234 | Julia Hewitt | $2,626.36 |
| **Total** | | | | **$725,919.81** |

# Exhibit B                    Four-Year Transfers

| Account | Date | Type | Payee | Amount |
|---------|------|------|-------|--------|
| CNB 1320 | 12/12/2008 | x3 | Julia Hewitt | $8,500.00 |
| CNB 1320 | 12/31/2008 | x6 | Julia Hewitt | $8,500.00 |
| CNB 1320 | 4/10/2009 | x56 | Julia Hewitt | $7,500.00 |
| CNB 1320 | 4/17/2009 | x62 | Julia Hewitt | $8,500.00 |
| CNB 1320 | 4/30/2009 | x68 | Julia Hewitt | $8,500.00 |
| CNB 1320 | 4/30/2009 | x69 | Julia Hewitt | $1,500.00 |
| CNB 1320 | 5/15/2009 | X73 | Julia Hewitt | $8,500.00 |
| CNB 1320 | 5/22/2009 | X77 | Julia Hewitt | $8,500.00 |
| CNB 1320 | 6/12/2009 | X86 | Julia Hewitt | $8,500.00 |
| CNB 1320 | 6/19/2009 | X90 | Julia Hewitt | $8,500.00 |
| CNB 1320 | 6/26/2009 | X94 | Julia Hewitt | $8,500.00 |
| CNB 1320 | 7/3/2009 | x03 | Julia Hewitt | $8,500.00 |
| CNB 1320 | 7/10/2009 | x00 | Julia Hewitt | $8,500.00 |
| CNB 1320 | 7/17/2009 | x13 | Julia Hewitt | $8,500.00 |
| CNB 1320 | 7/24/2009 | x17 | Julia Hewitt | $13,500.00 |
| CNB 1320 | 7/31/2009 | x20 | Julia Hewitt | $13,500.00 |
| CNB 1320 | 8/10/2009 | x22 | Julia Hewitt | $13,500.00 |
| CNB 1320 | 8/14/2009 | x29 | Julia Hewitt | $11,000.00 |
| CNB 1320 | 8/21/2009 | x30 | Julia Hewitt | $11,000.00 |
| CNB 1320 | 8/28/2009 | x35 | Julia Hewitt | $11,000.00 |
| CNB 1320 | 9/11/2009 | x45 | Julia Hewitt | $11,000.00 |
| CNB 1320 | 9/18/2009 | x49 | Julia Hewitt | $11,000.00 |
| CNB 1320 | 9/21/2009 | EFT | Julia Hewitt Account 2407 | $150,000.00 |
| CNB 1320 | 12/17/2009 | x013 | Julia Hewitt | $4,000.00 |
| CNB 1320 | 7/1/2010 | EFT | Julia Hewitt Account 2407 | $30,000.00 |
| CNB 1320 | 9/23/2010 | 1043 | Julia Hewitt | $1,804.36 |
| CNB 1320 | 10/7/2010 | 1045 | Julia Hewitt | $1,804.36 |
| CNB 1320 | 10/14/2010 | 1049 | Julia Hewitt | $1,804.36 |
| CNB 1320 | 10/18/2010 | EFT | Julia Hewitt Account 2407 | $11,000.00 |
| CNB 1320 | 10/21/2010 | 1053 | Julia Hewitt | $1,804.36 |
| CNB 1320 | 10/28/2010 | 1054 | Julia Hewitt | $1,804.36 |
| CNB 1320 | 11/4/2010 | 1056 | Julia Hewitt | $1,804.36 |
| CNB 1320 | 11/12/2010 | 1059 | Julia Hewitt | $1,804.36 |
| CNB 1320 | 11/18/2010 | 1060 | Julia Hewitt | $1,804.36 |
| CNB 1320 | 11/23/2010 | EFT | Julia Hewitt Account 2407 | $18,000.00 |
| CNB 1320 | 11/24/2010 | 1061 | Julia Hewitt | $1,804.36 |
| CNB 1320 | 12/2/2010 | 1063 | Julia Hewitt | $1,804.36 |
| CNB 1320 | 12/9/2010 | 1067 | Julia Hewitt | $2,759.16 |
| CNB 1320 | 12/17/2010 | 1068 | Julia Hewitt | $2,759.79 |
| CNB 1320 | 12/23/2010 | 1069 | Julia Hewitt | $2,759.11 |
| CNB 1320 | 12/30/2010 | 1071 | Julia Hewitt | $2,904.51 |
| CNB 1320 | 1/6/2011 | 1072 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 1/13/2011 | 1073 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 1/20/2011 | 1076 | Julia Hewitt | $2,376.39 |

| CNB 1320 | 1/28/2011 | 1077 | Julia Hewitt | $2,376.39 |
|---|---|---|---|---|
| CNB 1320 | 2/3/2011 | 1079 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 2/10/2011 | 1080 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 2/24/2011 | 1082 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 2/24/2011 | 1082 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 3/3/2011 | 1084 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 3/10/2011 | 1086 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 3/17/2011 | 1088 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 3/24/2011 | 1090 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 3/31/2011 | 1092 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 4/7/2011 | 1094 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 4/14/2011 | 1097 | Julia Hewitt | $2,526.34 |
| CNB 1320 | 4/21/2011 | 1100 | Julia Hewitt | $2,526.34 |
| CNB 1320 | 4/28/2011 | 1101 | Julia Hewitt | $2,526.34 |
| CNB 1320 | 6/2/2011 | 1121 | Julia Hewitt | $2,526.34 |
| CNB 1320 | 6/9/2011 | 1123 | Julia Hewitt | $2,526.34 |
| CNB 1320 | 6/15/2011 | 1124 | Julia Hewitt | $2,526.36 |
| CNB 1320 | 6/23/2011 | 1124 | Julia Hewitt | $2,526.36 |
| CNB 1320 | 7/1/2011 | 1128 | Julia Hewitt | $2,526.36 |
| CNB 1320 | 7/7/2011 | 1129 | Julia Hewitt | $2,526.36 |
| CNB 1320 | 7/13/2011 | 1130 | Julia Hewitt | $2,526.36 |
| CNB 1320 | 7/21/2011 | 1131 | Julia Hewitt | $2,526.36 |
| CNB 1320 | 7/28/2011 | 1132 | Julia Hewitt | $2,526.36 |
| CNB 1320 | 8/4/2011 | 1134 | Julia Hewitt | $2,526.36 |
| CNB 1320 | 8/11/2011 | 1136 | Julia Hewitt | $2,526.36 |
| CNB 1320 | 8/18/2011 | 1138 | Julia Hewitt | $2,526.36 |
| CNB 1320 | 8/25/2011 | 1140 | Julia Hewitt | $2,526.36 |
| CNB 1320 | 9/1/2011 | 1142 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 9/9/2011 | 1143 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 9/15/2011 | 1148 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 9/22/2011 | 1149 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 9/30/2011 | 1150 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 10/7/2011 | 1052 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 10/13/2011 | 1153 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 10/20/2011 | 1156 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 10/27/2011 | 1159 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 11/3/2011 | 1160 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 11/10/2011 | 1165 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 11/17/2011 | 1166 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 11/23/2011 | 1168 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 12/1/2011 | 1170 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 12/9/2011 | 1171 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 12/15/2011 | 1172 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 12/20/2011 | 1176 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 12/29/2011 | 1177 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 1/5/2012 | 1178 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 1/12/2012 | 1180 | Julia Hewitt | $2,626.36 |

| CNB 1320 | 1/19/2012 | 1182 | Julia Hewitt | $2,626.36 |
|---|---|---|---|---|
| CNB 1320 | 1/26/2012 | 1183 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 2/2/2012 | 1188 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 2/9/2012 | 1181 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 2/16/2012 | 1185 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 2/23/2012 | 1186 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 3/1/2012 | 1187 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 3/5/2012 | 1189 | Julia Hewitt | $10,000.00 |
| CNB 1320 | 3/7/2012 | 1190 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 3/8/2012 | 1193 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 3/22/2012 | 1194 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 3/29/2012 | 1196 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 4/5/2012 | 1197 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 4/9/2012 | 1201 | Julia Hewitt | $1,200.00 |
| CNB 1320 | 4/12/2012 | 1198 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 4/19/2012 | 1199 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 4/26/2012 | 1203 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 5/3/2012 | 1204 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 5/10/2012 | 1207 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 5/17/2012 | 1208 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 5/24/2012 | 1210 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 5/31/2012 | 1211 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 6/7/2012 | 1212 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 6/14/2012 | 1214 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 6/21/2012 | 1215 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 6/28/2012 | 1216 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 7/6/2012 | 1217 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 7/12/2012 | 1218 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 7/19/2012 | 1220 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 7/26/2012 | 1221 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 8/1/2012 | 1222 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 8/7/2012 | 1225 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 8/15/2012 | 1228 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 8/22/2012 | 1229 | Julia Hewitt | $5,252.72 |
| CNB 1320 | 8/27/2012 | 1231 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 8/30/2012 | 1232 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 9/11/2012 | 1233 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 9/18/2012 | 1234 | Julia Hewitt | $2,626.36 |
| **Total** | | | | **$683,419.81** |

# Exhibit C            Two-Year Transfers

| Account | Date | Type | Payee | Amount |
|---|---|---|---|---|
| CNB 1320 | 12/2/2010 | 1063 | Julia Hewitt | $1,804.36 |
| CNB 1320 | 12/9/2010 | 1067 | Julia Hewitt | $2,759.16 |
| CNB 1320 | 12/17/2010 | 1068 | Julia Hewitt | $2,759.79 |
| CNB 1320 | 12/23/2010 | 1069 | Julia Hewitt | $2,759.11 |
| CNB 1320 | 12/30/2010 | 1071 | Julia Hewitt | $2,904.51 |
| CNB 1320 | 1/6/2011 | 1072 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 1/13/2011 | 1073 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 1/20/2011 | 1076 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 1/28/2011 | 1077 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 2/3/2011 | 1079 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 2/10/2011 | 1080 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 2/24/2011 | 1082 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 2/24/2011 | 1082 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 3/3/2011 | 1084 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 3/10/2011 | 1086 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 3/17/2011 | 1088 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 3/24/2011 | 1090 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 3/31/2011 | 1092 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 4/7/2011 | 1094 | Julia Hewitt | $2,376.39 |
| CNB 1320 | 4/14/2011 | 1097 | Julia Hewitt | $2,526.34 |
| CNB 1320 | 4/21/2011 | 1100 | Julia Hewitt | $2,526.34 |
| CNB 1320 | 4/28/2011 | 1101 | Julia Hewitt | $2,526.34 |
| CNB 1320 | 6/2/2011 | 1121 | Julia Hewitt | $2,526.34 |
| CNB 1320 | 6/9/2011 | 1123 | Julia Hewitt | $2,526.34 |
| CNB 1320 | 6/15/2011 | 1124 | Julia Hewitt | $2,526.36 |
| CNB 1320 | 6/23/2011 | 1124 | Julia Hewitt | $2,526.36 |
| CNB 1320 | 7/1/2011 | 1128 | Julia Hewitt | $2,526.36 |
| CNB 1320 | 7/7/2011 | 1129 | Julia Hewitt | $2,526.36 |
| CNB 1320 | 7/13/2011 | 1130 | Julia Hewitt | $2,526.36 |
| CNB 1320 | 7/21/2011 | 1131 | Julia Hewitt | $2,526.36 |
| CNB 1320 | 7/28/2011 | 1132 | Julia Hewitt | $2,526.36 |
| CNB 1320 | 8/4/2011 | 1134 | Julia Hewitt | $2,526.36 |
| CNB 1320 | 8/11/2011 | 1136 | Julia Hewitt | $2,526.36 |
| CNB 1320 | 8/18/2011 | 1138 | Julia Hewitt | $2,526.36 |
| CNB 1320 | 8/25/2011 | 1140 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 9/1/2011 | 1142 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 9/9/2011 | 1143 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 9/15/2011 | 1148 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 9/22/2011 | 1149 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 9/30/2011 | 1150 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 10/7/2011 | 1052 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 10/13/2011 | 1153 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 10/20/2011 | 1156 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 10/27/2011 | 1159 | Julia Hewitt | $2,626.36 |

| CNB 1320 | 11/3/2011 | 1160 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 11/10/2011 | 1165 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 11/17/2011 | 1166 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 11/23/2011 | 1168 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 12/1/2011 | 1170 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 12/9/2011 | 1171 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 12/15/2011 | 1172 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 12/20/2011 | 1176 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 12/29/2011 | 1177 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 1/5/2012 | 1178 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 1/12/2012 | 1180 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 1/19/2012 | 1182 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 1/26/2012 | 1183 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 2/2/2012 | 1188 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 2/9/2012 | 1181 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 2/16/2012 | 1185 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 2/23/2012 | 1186 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 3/1/2012 | 1187 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 3/5/2012 | 1189 | Julia Hewitt | $10,000.00 |
| CNB 1320 | 3/7/2012 | 1190 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 3/8/2012 | 1193 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 3/22/2012 | 1194 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 3/29/2012 | 1196 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 4/5/2012 | 1197 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 4/9/2012 | 1201 | Julia Hewitt | $1,200.00 |
| CNB 1320 | 4/12/2012 | 1198 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 4/19/2012 | 1199 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 4/26/2012 | 1203 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 5/3/2012 | 1204 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 5/10/2012 | 1207 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 5/17/2012 | 1208 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 5/24/2012 | 1210 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 5/31/2012 | 1211 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 6/7/2012 | 1212 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 6/14/2012 | 1214 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 6/21/2012 | 1215 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 6/28/2012 | 1216 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 7/6/2012 | 1217 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 7/12/2012 | 1218 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 7/19/2012 | 1220 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 7/26/2012 | 1221 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 8/1/2012 | 1222 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 8/7/2012 | 1225 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 8/15/2012 | 1228 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 8/22/2012 | 1229 | Julia Hewitt | $5,252.72 |
| CNB 1320 | 8/27/2012 | 1231 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 8/30/2012 | 1232 | Julia Hewitt | $2,626.36 |

| CNB 1320 | 9/11/2012 | 1233 | Julia Hewitt | $2,626.36 |
| CNB 1320 | 9/18/2012 | 1234 | Julia Hewitt | $2,626.36 |
| **Total** | | | | **$247,680.57** |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| STEVEN T. GUBNER – Bar No. 156593<br>RICHARD D. BURSTEIN – Bar No. 56661<br>REED BERNET – Bar No. 288240<br>BRUTZKUS GUBNER ROZANSKY SEROR WEBER<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA  91367<br>Telephone: 818.827.9000<br>Facsimile: 818.827.9099<br>dseror@brutzkusgubner.com<br>rburstein@brutzkusgubner.com<br>rbernet@brutzkusgubner.com<br>*Attorney for Plaintiff* | |

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA -  SAN FERNANDO VALLEY DIVISION

| In re:<br><br>GARY LEE HEWITT,<br><br><br><br>Debtor(s). | CASE NO.: 1:12-bk-20324-MT<br><br>CHAPTER: 7<br><br><br>ADVERSARY NUMBER: |
|---|---|
| DAVID SEROR, CHAPTER 7 TRUSTEE,<br><br><br><br>Plaintiff(s)<br>Versus<br>JULIA HEWITT, an individual,<br><br><br><br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING  [LBR 7004-1]** |

TO THE DEFENDANT:  A Complaint has been filed by the Plaintiff against you.  If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint.  You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page.  The deadline to file and serve a written response is _____.  If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| **Hearing Date:** _____<br>**Time:** _____<br>**Courtroom:** _____ | **Place:**<br>☐  255 East Temple Street, Los Angeles, CA 90012<br>☐  3420 Twelfth Street, Riverside, CA 92501<br>☐  411 West Fourth Street, Santa Ana, CA 92701<br>☐  1415 State Street, Santa Barbara, CA 93101<br>☐  21041 Burbank Boulevard, Woodland Hills, CA 91367 |
|---|---|

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.**  All parties must read and comply with the rule, even if you are representing yourself.  You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference.  A court-approved joint status report form is available on the court's website (LBR form F 7016-1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016-1.STATUS. REPORT.ATTACH).  If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference.  **The court may fine you or impose other sanctions if you do not file a status report.  The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

**KATHLEEN J. CAMPBELL
CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: _____

By: _____
                           Deputy Clerk

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2012*                                              Page 2                                    **F 7004-1.SUMMONS.ADV.PROC**

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br>DAVID SEROR, CHAPTER 7 TRUSTEE | DEFENDANTS<br>JULIA HEWITT, an individual, |
|---|---|

| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>BRUTZKUS GUBNER ROZANSKY SEROR WEBER LLP<br>21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367<br>818-827-9000 | ATTORNEYS (If Known)<br>unknown |
|---|---|

**PARTY** (Check One Box Only)
- ☐ Debtor      ☐ U.S. Trustee/Bankruptcy Admin
- ☐ Creditor    ☐ Other
- ☒ Trustee

**PARTY** (Check One Box Only)
- ☐ Debtor      ☐ U.S. Trustee/Bankruptcy Admin
- ☐ Creditor    ☒ Other
- ☐ Trustee

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
COMPLAINT TO AVOID AND RECOVER FRAUDULENT TRANSFERS OR IN THE ALTERNATIVE TO TURNOVER PROPERTY OF THE ESTATE

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
- [1] 11-Recovery of money/property - §542 turnover of property
- ☐ 12-Recovery of money/property - §547 preference
- ☐ 13-Recovery of money/property - §548 fraudulent transfer
- [2] 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
- ☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
- ☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
- ☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
- ☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
- ☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
- ☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation,
        actual fraud
- ☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
- ☐ 61-Dischargeability - §523(a)(5), domestic support
- ☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
- ☐ 63-Dischargeability - §523(a)(8), student loan
- ☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation
        (other than domestic support)
- ☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
- ☐ 71-Injunctive relief – imposition of stay
- ☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
- ☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
- ☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
- ☐ 01-Determination of removed claim or cause

**Other**
- ☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
- [3] 02-Other (e.g. other actions that would have been brought in state court
        if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $725,919.81 |

**Other Relief Sought**
Avoid and Recover Transfers; costs incurred, other further relief as deemed by the Court

**B1040 (FORM 1040) (12/15)**

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>GARY LEE HEWITT | BANKRUPTCY CASE NO.<br>1:12-bk-20324-MT | |
| DISTRICT IN WHICH CASE IS PENDING<br>Central | DIVISION OFFICE<br>San Fernando Valley | NAME OF JUDGE<br>Hon. M. Tighe |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |

| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | |
|---|---|
| /s/ Reed Bernet | |
| DATE<br>1/12/16 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Reed Bernet |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.